UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHITRANJAN SINGH dba 7-ELEVEN STORE 23774 E, | No. CV 19-1612 TJH (AGRx) |
| Petitioners, | ORDER DISMISSING ACTION   **[JS-6]** |
| v. | |
| UNITED STATES OF AMERICA, and DOES 1 to 20, inclusive, | Honorable Terry J. Hatter, Jr. |
| Respondent. | |

The Court has considered the Stipulation of Dismissal without Prejudice the parties filed.

THE COURT HEREBY ORDERS that this action, CV 19-1612 TJH (AGRx), is dismissed in its entirety without prejudice, with each party to bear its own costs and fees, including attorney fees.


DATED: July 20, 2020


_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE